IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
NOV 01 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 22-477 F |
| ) | |
| -vs- ) | Violations: 18 U.S.C. § 1349 |
| ) | 18 U.S.C. § 1343 |
| ) | 18 U.S.C. § 1014 |
| RANDISHA PARKER, ) | 15 U.S.C. § 645(a) |
| ) | 18 U.S.C. § 981(a)(1)(C) |
| Defendant. ) | 18 U.S.C. § 982(a)(2)(A) |
| ) | 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Federal Grand Jury charges:

**Introduction**

At all times relevant to this Indictment:

1. The Defendant, **RANDISHA PARKER ("PARKER")**, was a resident of Oklahoma City, Oklahoma.

2. Parker Research Services ("PRS"), a/k/a Parker Contract Services, was a sole proprietorship wholly owned by **PARKER**, with a principal place of business in Oklahoma City, Oklahoma.

3. Celtic Bank Corporation ("Celtic Bank") was a financial institution within the meaning of Title 18, United States Code, Section 20, the deposits of

which were insured by the Federal Deposit Insurance Corporation ("FDIC"). Celtic Bank was headquartered in Salt Lake City, Utah.

4. Oklahoma's Credit Union ("OKCU") was a financial institution within the meaning of Title 18, United States Code, Section 20, the deposits of which were insured by the National Credit Union Share Insurance Fund. OKCU was headquartered in Oklahoma City, Oklahoma. **PARKER** maintained a checking account ending in x7050 at OKCU.

5. The Paycheck Protection Program ("PPP") provided emergency financial assistance during the COVID-19 pandemic to small businesses in the form of forgivable loans for certain expenses such as payroll, rent, utilities, and mortgage interest. The Small Business Administration ("SBA") oversaw the PPP, but PPP loan applications were submitted to and processed by financial institutions acting as participating lenders. If a PPP loan application was approved, the participating lender funded the PPP loan using its own funds, which the SBA fully guaranteed.

6. The Economic Injury Disaster Loan ("EIDL") program was an SBA program that provided low-interest loans to small businesses affected by the COVID-19 pandemic. EIDL applications were submitted to and processed by the SBA. If an EIDL application was approved, the SBA funded the EIDL.

## Count 1
## (Conspiracy to Commit Wire Fraud)

7. The Grand Jury incorporates paragraphs 1 through 6 by reference.

8. From in or about June 2020 to in or about July 2020, in the Western District of Oklahoma,

———————————— **RANDISHA PARKER** ————————————

knowingly and intentionally, and with interdependence, combined, conspired, and agreed with others known and unknown to the Grand Jury to commit the offense of wire fraud, in violation of Title 18, United States Code, Section 1343.

### Object of the Conspiracy

9. The object of the conspiracy was to unjustly enrich **PARKER**, and others known and unknown to the Grand Jury, by fraudulently obtaining PPP and EIDL loan proceeds.

### Manner and Means

10. The object of the conspiracy was accomplished as follows:

A. Between in or about June 2020 and in or about July 2020, **PARKER**, together with others known and unknown to the Grand Jury, knowingly and willfully devised and intended to devise a scheme and artifice to defraud Celtic Bank and the SBA, and to obtain money and property by means of materially false and fraudulent pretenses and representations made in connection with PPP and EIDL applications submitted on behalf of PRS.

3

## Acts in Furtherance of the Conspiracy

11. To effect the object of the conspiracy, **PARKER** and her co-conspirators committed the following acts, among others:

A. On or about June 20, 2020, **PARKER** and co-conspirators submitted and caused the submission of an application to Celtic Bank for a PPP loan in the amount of $20,832.00. In the PPP loan application, **PARKER** falsely stated that PRS had an average monthly payroll of $8,333.00 for tax year 2019.

B. In support of PRS's PPP loan application, **PARKER** submitted and caused the submission of a fraudulent 2019 Tax Schedule C Form 1040 ("Form 1040") to Celtic Bank. The Form 1040 falsely stated that PRS had $112,763.00 in gross revenues for tax year 2019.

C. In reliance upon the materially false statements **PARKER** made in connection with the PPP loan application, Celtic Bank approved and funded the PPP loan to PRS.

D. On or about June 23, 2020, Celtic Bank sent $20,832.00 in PPP loan proceeds via interstate wire to **PARKER's** OKCU checking account ending in x7050.

E. On or about June 23, 2020, **PARKER** wrote a check from her OKCU checking account ending in x7050 to a co-conspirator for a portion of the PPP loan proceeds.

4

F.  On or about June 24, 2020, **PARKER** and co-conspirators submitted and caused the submission of an application to the SBA on behalf of PRS for an EIDL in the amount of $56.000.00. In the EIDL application, **PARKER** falsely stated that PRS had $224,763.00 in gross revenues for tax year 2019. **PARKER** also applied for an EIDL advance of up to $10,000.00.

G.  On or about June 25, 2020, an EIDL advance from the SBA in the amount of $1,000.00 was deposited into **PARKER's** OKCU checking account ending in x7050.

H.  On or around July 6, 2020, in connection with the EIDL application for PRS, **PARKER** submitted and caused the submission of a fraudulent 2019 Tax Form 1040 to the SBA. The Form 1040 falsely stated that PRS had $224,763.00 in gross revenues for tax year 2019.

I.  In reliance upon the materially false statements **PARKER** made in connection with the EIDL application, the SBA approved and funded the EIDL to PRS.

J.  On or about July 8, 2020, an electronic payment from the SBA in the amount of $55,900.00 was deposited into **PARKER's** OKCU checking account ending in x7050.

K.  On or about July 10, 2020, PARKER wrote a check from her OKCU checking account ending in x7050 to a co-conspirator for a portion of the EIDL proceeds.

All in violation of Title 18, United States Code, Section 1349.

## Counts 2-4
## (Wire Fraud)

12. The Grand Jury incorporates paragraphs 1 through 9 by reference.

### The Scheme to Defraud

13. **PARKER** and others committed the acts alleged in Paragraphs 10 and 11, which the Grand Jury incorporates by reference, as part of the scheme to defraud Celtic Bank and the SBA.

### Acts in Furtherance of the Scheme

14. From in or about June 2020 to in or about July 2020, in the Western District of Oklahoma,

————————————— **RANDISHA PARKER,** —————————————

for the purposes of executing and attempting to execute the aforementioned scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses and representations, with intent to defraud Celtic Bank and the SBA, caused the following interstate wire transfers:

| Count | Approximate Date | Wire Description |
|---|---|---|
| 2 | June 23, 2020 | Interstate wire transfer in the amount of $20,832.00 from Celtic Bank to **PARKER's** OKCU account ending in x7050. |
| 3 | June 25, 2020. | Interstate wire transfer in the amount of $1,000.00 from the SBA to **PARKER's** OKCU account ending in x7050. |

6

| 4 | July 8, 2020 | Interstate wire transfer in the amount of $55,900.00 from the SBA to **PARKER's** OKCU account ending in x7050. |

All in violation of Title 18, United States Code, Section 1343.

## Count 5
### (False Statement to a Federally Insured Bank)

15. The Grand Jury incorporates paragraphs 1 through 11 by reference.

16. On or about June 20, 2020, in the Western District of Oklahoma, —————— **RANDISHA PARKER** —————— knowingly made a false statement for the purpose of influencing the actions of Celtic Bank, the deposits of which were insured by the FDIC. In particular, **PARKER** falsely stated PRS's gross revenues and average monthly payroll for tax year 2019 in connection with the PPP loan application submitted by PARKER on behalf of PRS to Celtic Bank.

All in violation of Title 18, United States Code, Section 1014.

## Count 6
### (False Statement to the Small Business Administration)

17. The Grand Jury incorporates paragraphs 1 through 11 by reference.

18. On or about June 24, 2020, in the Western District of Oklahoma, —————— **RANDISHA PARKER** ——————

7

knowingly made a false statement to the SBA for the purpose of influencing in any way the actions of the SBA. In particular, **PARKER** falsely stated PRS's gross revenues and average monthly payroll for tax year 2019 in connection with the EIDL application submitted by **PARKER** on behalf of PRS.

All in violation of Title 15, United States Code, Section 645(a).

### Forfeiture

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1 through 5 of this Indictment, **RANDISHA PARKER** shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from any proceeds obtained directly or indirectly as a result of such offense.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

D.H. DILBECK
Assistant United States Attorney